IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BOBBY LEWIS WARNOCK                                                          PLAINTIFF

v.                          Civil No. 2:16-CV-02152

SHERIFF LARRY JONES, JAIL                                                    DEFENDANTS
ADMINISTRATOR GREG DONALDSON,
SERGEANT JANET RUSSELL, and JAILER
CHAD QUEEN

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 31st day of January 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE